IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| | : Bk. Case No: 19-11701 (BLS) |
| GENE MORTON | : |
| AMY MORTON | : |
| Debtors. | : Chapter 13 |

**ORDER**

**AND NOW**, the foregoing Motion having been presented and heard, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

2. Debtor(s) shall have thirty (30) days from the date of this Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

3. Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.

GENE MORTON
AMY MORTON
107 PARKERS DRIVE
DOVER, DE 19904

CASE NO. 19-11701BLS

% PLAN : 17.00
PLAN TERM: 60 RECEIPT AMOUNT: 465.00
RECEIPTS PAID IN TO DATE : 4215.00
DISBURSEMENTS TO DATE : 221.48
CURRENT BALANCE : 3993.52

ATTY: GERRY GRAY
22 SOUTH DELAWARE STREET
SMYRNA, DE 19977

| CLAIM NO. | CREDITOR NAME | CLAIM TYPE | SCHEDULED DEBT | ADJUSTED CLAIM AMOUNT | TOTAL PAID | CURRENTLY DUE |
|---|---|---|---|---|---|---|
| 001 | DISCOVER BANK | UNSECURED | 3498.00 | 605.48* | 0.00 | 605.48 |
| 002 | Nelnet on behalf of Ascendium Education | DIRECT | 85246.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE BANK USA, N.A. c/o JP MORGAN CHASE | UNSECURED | 940.00 | 180.14* | 0.00 | 180.14 |
| 004 | DOROSHOW & PASQUALE | ATTORNEY FEES | 3310.00 | 3310.00 | 0.00 | 3310.00 |
| 005 | PNC BANK | DIRECT | 2591.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS BANK | UNSECURED | 6082.00 | 1044.48* | 0.00 | 1044.48 |
| 007 | PNC BANK | UNSECURED | 13627.00 | 2417.70* | 0.00 | 2417.70 |
| 008 | LVNV FUNDING LLC | UNSECURED | 4519.00 | 762.48* | 0.00 | 762.48 |
| 009 | ASHLEY FUNDING SERVICES LLC | UNSECURED | 0.00 | 1.70* | 0.00 | 1.70 |
| 010 | ASHLEY FUNDING SERVICES LLC | UNSECURED | 0.00 | 1.70* | 0.00 | 1.70 |
| 011 | LVNV FUNDING LLC | UNSECURED | 6633.00 | 1184.12* | 0.00 | 1184.12 |
| 012 | Citibank, N.A. | UNSECURED | 1945.00 | 354.23* | 0.00 | 354.23 |
| 013 | LAKEVIEW LOAN SERVICING | PREPETITION MORTGAGE ARREARS | 289023.00 | 3137.76 | 0.00 | 3137.76 |
| 014 | JEFFERSON CAPITAL SYSTEM LLC | UNSECURED | 528.00 | 104.08* | 0.00 | 104.08 |
| 015 | FORD MOTOR CREDIT COMPANY | UNSECURED | 6027.00 | 185.92* | 0.00 | 185.92 |
| 040 | DISNEY VACATION CLUB | DIRECT | 9493.94 | 0.00 | 0.00 | 0.00 |
| 100 | AMERICAN COLLEC. ENTERPRISE | NOT FILED UNSECURED | 64.00 | 0.00 | 0.00 | 0.00 |
| 101 | FIRST TENNESSEE BANK | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | LHID PARKERS, LLC | NOT FILED UNSECURED | 6747.36 | 0.00 | 0.00 | 0.00 |
| 103 | SHORT HILLS SERVICING | NOT FILED UNSECURED | 7560.00 | 0.00 | 0.00 | 0.00 |
| 104 | DELAWARE DEPT OF TRANSPORTATION | NOT FILED UNSECURED | 351.00 | 0.00 | 0.00 | 0.00 |
| 105 | TRANSWORLD SYSTEM INC. | NOT FILED UNSECURED | 360.00 | 0.00 | 0.00 | 0.00 |
| 106 | UAS/WULAW | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | | 448545.30 | 13289.79 | 0.00 | 13289.79 |

* Marked Claims have been adjusted according to payment status or percent plan.